243 A.2d 744.

MARIE G. CAPALBO *et al. vs.* ZONING BOARD OF REVIEW OF THE TOWN OF SMITHFIELD.

JUNE 28, 1968.

PRESENT: Roberts, C. J., Paolino, Powers and Joslin, JJ.

PER CURIAM. The petition for certiorari is denied and dismissed, and the writ heretofore issued is quashed by an equally divided court.

MR. JUSTICE KELLEHER did not participate.

*Charles A. Curran, Charles J. Rogers, Jr.,* for petitioners.

*Carl B. Lisa,* attorney for Zoning Board of Review of Smithfield.

*Letts & Quinn, Daniel J. Murray, Jerome B. Spunt,* attorneys for William D. Kane et al., respondents.